Warning: This form is not supported with the current version of Acrobat or Adobe Reader.

Upgrade to the latest version for full support.

Case 8:13-cv-00085-DOC-RNB   Document 13   Filed 05/15/13   Page 1 of 1   Page ID #:46